IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

AUG - 9 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| MARIANA E. LARA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:03-CV-0320 |
| | § | |
| JO ANNE BARNHART, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION,
### REVERSING THE DECISION OF THE COMMISSIONER,
### and REMANDING FOR FURTHER ADMINISTRATIVE ACTION

Came for consideration plaintiff MARIANA E. LARA's appeal of the decision of the

Commissioner of Social Security denying plaintiff disability benefits. The United States

Magistrate Judge entered a Report and Recommendation on July 21, 2006, recommending

therein that the decision of the Commissioner be reversed and the case remanded to the

Commissioner for further administrative action. On August 8, 2006, defendant gave notice that

she does not object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of

the record in this case. The Report and Recommendation of the United States Magistrate Judge

is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding

plaintiff not disabled is REVERSED, and the decision is REMANDED to the Commissioner for

further administrative proceedings consistent with the Report and Recommendation of the

Magistrate Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

ENTERED this ___ day of _____ 2006.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE